JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ANGEL VEGA,**<br><br>　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>　　　　　Defendants. | No. LA CV 23-00625-VBF-E<br><br>**ORDER**<br><br>Dismissing the Action Without Prejudice for Lack of Prosecution, Failure to Follow Court Order, and Failure to Pay the Case Filing Fee<br><br>Terminating the Action |

　　On January 26, 2023, plaintiff constructively filed the complaint, which was docketed on January 31, 2023, *see* CM/ECF System Document ("Doc") 1.

　　That same day, January 31, 2023, the Clerk's Office sent a CV-93 Notice re: Discrepancies in Filing of Civil Rights Complaint (Doc 2) advising plaintiff that he had to pay the case filing fee or submit a Form CV-60P Request to Proceed Without Prepayment of Filing Fee within thirty days from the date of the Notice.

　　The January 31, 2023 clearly warned plaintiff, "If you do not respond within THIRTY DAYS from the date below, your action may be dismissed." Doc 2 at 1.

　　That deadline elapsed over seven weeks ago, and plaintiff Vega has neither paid the case filing fee nor filed a request to proceed without prepayment of that fee. Nor has plaintiff moved for an extension of time or filed anything else with the Court.

**Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the case filing fee, failure to prosecute the action with reasonable diligence, and failure to comply with court order.**

This action is CLOSED and TERMINATED (JS-6).

IT IS SO ORDERED.

Dated: March 27, 2023

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge